IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID BARBER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-221-wmc

v.

WAYNE STUESSY,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Wayne Stuessy granting his motion for summary judgment and dismissing this case.

/s/                                                                                           10/3/2017

Peter Oppeneer, Clerk of Court                             Date